DARDEN (CHITTENDEN v.). See Case No. 2,688.

---

## Case No. 3,575.

### The DARIEN.

[6 Adm. Rec. 21.]

District Court, S. D. Florida. Nov. 5, 1857.

[Salvage in the sum of $1,800 allowed for services to a brig and cargo.]

[Before MARVIN, District Judge.]

[Nowhere reported; no opinion accessible.]

S. R. Mallory, for libelants.

S. J. Douglas, for respondent.